IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURA KING,

        Plaintiff,                        CIV S-06-2886 JAM KJM PS

    v.

MICHAEL WYNNE,

        Defendant.               FINDINGS & RECOMMENDATIONS

_____/

        As provided by Federal Rule of Civil Procedure 4(m), the court may dismiss an action where service of summons is not made within 120 days after the filing of the complaint. In the initial scheduling order, filed December 22, 2006, plaintiff was directed to complete service of process within 120 days. This action was filed December 22, 2006 and no proof of service of summons has been filed with the court. Although plaintiff requested that summons be served by the Marshal, plaintiff is not proceeding in forma pauperis and there is no provision in the Federal Rules of Civil Procedure or in the statutes governing the judiciary for granting plaintiff's request. See 28 U.S.C. § 1915(d). This case is now over sixteen months old and there is no evidence plaintiff has taken any appropriate steps to prosecute this action. It appears plaintiff has abandoned this litigation.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

1

1       These findings and recommendations are submitted to the United States District
2 Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days
3 after being served with these findings and recommendations, any party may file written
4 objections with the court and serve a copy on all parties.  Such a document should be captioned
5 "Objections to Findings and Recommendations."  Any reply to the objections shall be served and
6 filed within ten days after service of the objections.  The parties are advised that failure to file
7 objections within the specified time may waive the right to appeal the District Court's order.
8 Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
9 DATED:  May 2, 2008.

_____
U.S. MAGISTRATE JUDGE

006
king.4m.57