1

2

3

4

5

6

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10 LAURA KING,

11         Plaintiff,                     CIV S-06-2886 JAM KJM PS

12    v.

13 MICHAEL WYNNE,

14         Defendant.               <u>ORDER</u>

15 _____/

16              On May 2, 2008, this court recommended this action be dismissed because

17 defendant had not been timely served and it appeared plaintiff had abandoned the litigation.

18 Plaintiff has filed objections in which she asserts she has attempted to serve defendant.  It does

19 not appear that plaintiff's attempts to serve defendant are in full compliance with Federal Rule of

20 Civil Procedure 4(i).  Plaintiff will be granted an extension of time to properly serve summons.

21              Accordingly, IT IS HEREBY ORDERED that:

22              1.  The May 2, 2008 findings and recommendations are vacated.

23 /////

24 /////

25 /////

26 /////

2.  Within thirty days from the date of this order, plaintiff shall serve defendant in compliance with Federal Rule of Civil Procedure 4(i) and file proof of service with the court reflecting said service of summons.  Failure to comply with this order shall result in a recommendation that this action be dismissed.

DATED:  June 16, 2008.

_____
U.S. MAGISTRATE JUDGE

006
king.vac